UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>Pamela Selinda Talmadge Howard | CASE NO: 26-20866<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 10 |

On 10/20/2026, I did cause a copy of the following documents, described below,

Notice of Motion to Extend the Time to File Missing Schedules ECF Docket Reference No. 10

Proposed Order ECF Docket Reference No. 10

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/20/2026

/s/ David G. Beslow
David G. Beslow

Goldman & Beslow, LLC
7 Glenwood Avenue
East Orange, NJ 07017
973-677-9000
vjackson@goldmanlaw.org

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

Pamela Selinda Talmadge Howard

CASE NO: 26-20866

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 10

On 10/20/2026, a copy of the following documents, described below,

Notice of Motion to Extend the Time to File Missing Schedules ECF Docket Reference No. 10

Proposed Order ECF Docket Reference No. 10

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/20/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David G. Beslow
Goldman & Beslow, LLC
7 Glenwood Avenue
East Orange, NJ 07017

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

ADVANCED
GASTROENTEROLOGY
55 WILLOW LANE
SUITE 201
ENGLISHTOWN, NJ 07726

ADVANCED
GASTROENTEROLOGY
59 KENT ROAD
HOWELL, NJ 07731

ADVANCED
GASTROENTEROLOGY
100 PERRINE ROAD
OLD BRIDGE, NJ 08857

ADVANCED
GASTROENTEROLOGY
C/O
RENEX INC.
307 WALL STREET
PRINCETON, NJ 08540

ADVANCED
GASTROENTEROLOGY
GROUP C/O SKLAR LAW LLC
20 BRACE ROAD
SUITE 205
CHERRY HILL, NJ 08034

ADVANCED
GASTROENTEROLOGY
GROUP
1308 MORRIS AVENUE
UNION, NJ 07083

A□IRM MASTER TRUST
RESURGENT CAPITAL
SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST, FL
12
SAN FRANCISCO, CA 94108

ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438

AMERICAN EXPRESS
ATT: LEGAL
DEPARTMENT
500 NORTH FRANKLIN TURNPIKE
P.O. BOX 278
RAMSEY, NJ 07446

AMERICAN EXPRESS
LEGAL
500 NORTH FRANKLIN
TURNPIKE
P.O. BOX 278
RAMSEY, NJ 07446

AMERICAN EXPRESS
NATIONAL BANK
115 WEST TOWNE
RIDGE PARKWAY
SANDY, UT 84070

AMERICAN EXPRESS
NATIONAL BANK C/O
AMERICAN EXPRESS LEGAL
500 NORTH FRANKLIN
TURNPIKE PO BOX 278
RAMSEY, NJ 07446

AMEX
CORRESPONDENCE
BANKRUPTCY
PO BOX 981535
EL PASO, TX 79998

AMEX
P.O. BOX 981537
EL PASO, TX 79998

AMEX
AMERICAN EXPRESS
CUSTOMER SERVICE,
ATTN:
P.O. BOX 981535
EL PASO, TX 79998

AMEX
PO BOX 6789
SIOUX FALLS, SD 57117

AMEX
P.O. BOX 981537
EL PASO, TX 79998

BANK OF AMERICA
PO BOX 982238
EL PASO, TX 79998

BANK OF AMERICA
ATTN: BANKRUPTCY
P.O.BOX 15019
WILMINGTON, DE 19886

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131

CAPITAL ONE AUTO
FINANCE
CREDIT BUREAU
DISPUTE
PLANO, TX 75025

CAPITAL ONE AUTO
FINANCE
CAPITAL ONE AUTO
FINANCE, ATTN: BANKRUPT
7933 PRESTON RD
PLANO, TX 75024

CAPITAL ONE BANK
1680 CAPITAL ONE
DRIVE
MC LEAN, VA 22102

CITIBANK/THE HOME
DEPOT
PO BOX 6497
SIOUX FALLS, SD 57117

CITIBANK/THE HOME
DEPOT
CITICORP CR SRVS
CENTRALIZED BANKRUPTCY
PO BOX 790046
ST LOUIS, MO 63179

CITIZENS BANK N.A.
ONE CITIZENS BANK
WAY
JOHNSTON, RI 02919

MAILSTOP JCA 115
CITIZENSBK
ATTN: BANKRUPTCY
ONE CITIZENS DR.
PROVIDENCE, RI 02903

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS, NV 89193

CREDIT ONE BANK
ATTN: BANKRUPTCY
DEPARTMENT
6801 CIMARRON RD
LAS VEGAS, NV 89113

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

ENERBANK USA
1245 BRICKYARD RD
SALT LAKE CITY, UT 84106

EZ PASS
375 MCCARTER
HIGHWAY
NEWARK, NJ 07114

EZ PASS
NEW YORK CENTER
P.O. BOX 149003
STATEN ISLAND, NY 10314-9003

EZ PASS
ATT: ALLIANCE ONCE
RECEIVABLES
65 KIMBALL DRIVE -
SUITE 200
GIG HARBOR, WA 98335

EZ PASS
P.O. BOX 52002
NEWARK, NJ 07101-

8202
GENESIS FS CARD
SERVICES
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

GENESIS FS CARD
SERVICES
PO BOX 4499
BEAVERTON, OR 97076

GOLDMAN SACHS
BANK USA
LOCKBOX 6112
PHILADELPHIA, PA 19170

GOLDMAN SACHS
BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176

INTERNAL REVENUE
SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JP MORGAN CHASE
270 PARK AVENUE
NEW YORK, NY 10017

JPMORGAN CHASE
BANK, N.A.
S/B/M/T CHASE BANK USA, N.A. C/O NATIONAL
BANKRUPTCY SERVICES, LLC
P.O. BOX 9013
ADDISON, TEXAS 75001

KOHL'S
P.O. BOX 2983
MILWAUKEE, WI 53201-2983

KOHL'S, INC.
N56 W17000
RIDGEWOOD DRIVE
MENOMONEE FALLS, WI 53051

LOANDEPOT
6561 IRVINE CENTER
DRIVE
IRVINE, CA 92618

LOANDEPOT
ATTN: BANKRUPTCY
P.O.BOX 250009
PLANO, TX 75025

LVNV FUNDING, LLC
RESURGENT CAPITAL
SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

MACY'S/ DSNB
ATTN: BANKRUPTCY
9111 DUKE
BOULEVARD
MASON, OH 45040

MACY'S/ DSNB
PO BOX 6789
SIOUX FALLS, SD 57117

MIDLAND MORGAGE
ATTN: BANKRUPTCY
DEPARTMENT
P.O. BOX 26648
OKLAHOMA CITY, OK 73126

NAVY FEDERAL
CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 3000
MERRIFIELD, VA 22199

NAVY FEDERAL
CREDIT UNION
PO BOX 3700
MERRIFIELD, VA 22119

NEWREZ
ATTN: BANKRUPTCY
P.O.BOX 10826
GREENVILLE, SC 29603

NEWREZ
601 OFFICE CENTER DR
FORT WASHINGTON, PA 19034

OCWEN LOAN
SERVICING, LLC
ATTN. BANKRUPTCY
1661 WORTHINGTON
RD., SUITE 100
WEST PALM BEACH, FL 33409

OCWEN LOAN
SERVICING, LLC
1 MORTGAGE WAY
MOUNT LAUREL, NJ 08054

PATELCO CREDIT
UNION
156 SECOND ST
SAN FRANCISCO, CA 94105

PATELCO CREDIT
UNION
ATTN: BANKRUPTCY
PO BOX 2227
MERCED, CA 95344

PLUSFINANCE/CWS
PO BOX 9222
OLD BETHPAGE, NY 11804

PLUSFINANCE/CWS
ATTN: BANKRUPTCY
P.O.BOX 9203
OLD BETHPAGE, NY 11804

PRO CAP 8 FBO
FIRSTTRUST BANK
PO BOX 774
FORT WASHINGTON, PA 19034

REGIONS
650 SOUTH MAIN
STREET
SUITE 1000
SALT LAKE CITY, UT 84101-2844

SANTANDER BANK
ATTN: BANKRUPTCY
DEPT
MA1-MB3-01-09,
PO BOX 841002
BOSTON, MA 02284

STATE OF NEW JERSEY
DIVISION OF TAXATION
COMPLIANCE AND ENFORCEMENT - BANKRUPTCY
3 JOHN FITCH WAY, 5TH FLOOR
P.O. BOX 245
TRENTON, NJ 08695-0245

SYNCHRONY
BANK/AMAZON
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

SYNCHRONY
BANK/AMAZON
PO BOX 71737
PHILADELPHIA, PA 19176

SYNCHRONY
BANK/CARE CREDIT
PO BOX 71757
PHILADELPHIA, PA 19176

SYNCHRONY
BANK/CARE CREDIT
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

SYNCHRONY
BANK/CARE CREDIT
PO BOX 71757
PHILADELPHIA, PA 19176

SYNCHRONY
BANK/CARE CREDIT
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

SYNCHRONY
BANK/PC RICHARDS
& SONS
PO BOX 71757
PHILADELPHIA, PA 19176

SYNCHRONY
BANK/PC RICHARDS
& SONS
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 965065
ORLANDO, FL 32896

SYNCHRONY/HSN
PO BOX 71740
PHILADELPHIA, PA 19176

SYNCHRONY/HSN
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

SYNCHRONY/PAYPAL
CREDIT
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

SYNCHRONY/PAYPAL
CREDIT
PO BOX 71727
PHILADELPHIA, PA 19176

TARGET NB
PO BOX 673
MINNEAPOLIS, MN 55440

TARGET NB
CO FINANCIAL &
RETAIL SERVICES
MAILSTOP BT
PO BOX 9475
MINNEAPOLIS, MN 55440